## AVERY v. JONES.

(Decided February 1, 1916.)

APPEAL from Lauderdale Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. GEORGE P. JONES, for appellee.

Per curiam. Appeal dismissed.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. COMPTON.

(Decided December 3, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

TILLMAN, BRADLEY & MORROW, and E. L. ALL, for appellant. SMITH & WILKINSON, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## BLACKWELL v. PRATT CONSOLIDATED COAL CO.

(Decided January 13, 1916.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

R. L. WINDHAM, and M. B. McCOLLUM, for appellant. BANKHEAD & BANKHEAD, for appellee.

SAYRE, J.—The Chancellor properly dismissed appellant's bill. Affirmed.

ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.